# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UWANA DAVIS,**                        Case No.: 8:17-cv-02079-VMC-MAP

    **Plaintiff,**

v.

**AMERIMARK DIRECT, LLC,**

    **Defendant.**

_____/

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 2.03(b), Plaintiff, Uwana Davis, hereby moves this Court for an order permitting his counsel, Pamela N. Westfall, Esq., formerly of the law firm Centrone & Shrader, PLLC, to withdraw from representation of this case, and in support states:

1. Pamela N. Westfall has represented Plaintiff as part of her employment at Centrone & Shrader, PLLC.

2. On or about October 6, 2017, Pamela N. Westfall left the firm and ceased to be employed by Centrone & Shrader, PLLC.

3. Plaintiff, Uwana Davis, continues to be represented by Gus M. Centrone, Esq., and Brian L. Shrader, Esq., of Centrone & Shrader, PLLC.

4. Accordingly, there will be no disruption or delay in this matter or the representation of Plaintiff caused by the undersigned's withdrawal

5. The undersigned certifies that Plaintiff, Uwana Davis, has been provided ten days' notice pursuant to Local Rule 2.03(b) and has consented to this withdrawal.

6. The undersigned has conferred with counsel for Defendant who does not oppose this withdrawal.

7.  The requested relief will not prejudice any party and will not cause any delay of this action.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting this Motion and relieving Pamela N. Westfall of any further obligations and responsibilities in this action.

Dated: October 31, 2017   Respectfully Submitted,

**/s/ PAMELA N. WESTFALL, ESQ.**
P.O. BOX 8906
Tampa, FL 33674
Phone: (321) 412-4426
Email: Pamela.Westfall@gmail.com

## LOCAL RULE 3.01(G) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned has conferred with counsel for Defendant, who advised that they do not oppose the relief sought herein, and that the ten (10) day notice requirement under Local Rule 2.03(b) has been met.

/s/ Pamela N. Westfall
Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 31, 2017, a true copy of the foregoing was filed with the Clerk of the Court for the Middle District of Florida and served on the parties of record using the CM/ECF system.`

/s/ Pamela N. Westfall
Attorney