UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UWANA DAVIS,**

    **Plaintiff,**

CASE NO.: 8:17-CV-02079-VMC-MAP

v.

**AMERIMARK DIRECT, LLC,**

    **Defendant.**
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Uwana Davis, by and through undersigned counsel, hereby files this Notice of Settlement. By submission of this Notice, submitting counsel represents that this matter has settled in principle subject to final documentation and respectfully requests that any scheduled hearings be removed from the Court's calendar. The parties respectfully request that the upcoming scheduled mediation on January 23, 2018 be cancelled due to the parties settlement.

Dated: January 10, 2018

Respectfully Submitted,

**CENTRONE & SHRADER, PLLC**
612 W. Bay Street
Tampa, FL 33606
Telephone: (813) 360-1529
Facsimile: (813) 336-0832

/s/ Brian L. Shrader
**BRIAN L. SHRADER, ESQ.**
Florida Bar No.: 57251
e-mail: bshrader@centroneshrader.com
**GUS M. CENTRONE, ESQ.**
Florida Bar No.: 30151
e-mail: gcentrone@centroneshrader.com
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on January 10, 2018, I presented a true and correct copy of the foregoing to the Clerk of the United States District Court for the Middle District of Florida Tampa Division, for filing and uploading to the CM/ECF system.

          /s/ Brian L. Shrader
          **Attorney**